UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIGI GIROTTO,<br><br>　　　　　　　Plaintiff,<br><br>　　-against-<br><br>IACCAS CORP., a New York corporation, d/b/a OLD FASHION CAFE and 110 THOMPSON ST. OWNERS CORP., a New York corporation,<br><br>　　　　　　　Defendants. | Case No.: 23-cv-04734 (CM)<br><br>**ANSWER TO COMPLAINT WITH AFFIRMATIVE DEFENSES** |

**PLEASE TAKE NOTICE THAT** Defendant Iaccas Corp. d/b/a Old Fashion Cafe hereby appears in the above captioned action by the undersigned, and as and for its Answer to the Complaint, alleges as follows:

1.　Neither admits nor denies the allegations contained in Paragraph "1" of the Complaint inasmuch as it states a legal conclusion.

2.　Neither admits nor denies the allegations contained in Paragraph "2" of the Complaint inasmuch as it states a legal conclusion.

3.　Neither admits nor denies the allegations contained in Paragraph "3" of the Complaint inasmuch as it states a legal conclusion.

4.　Lacks knowledge and information sufficient to form a belief to either admit or deny the allegations contained in Paragraph "4" of the Complaint.

5.　Admits the allegations contained in Paragraph "5" of the Complaint.

6.　Admits the allegations contained in Paragraph "6" of the Complaint

7. Neither admits nor denies the allegations contained in Paragraph "7" of the Complaint inasmuch as it states a legal conclusion.

8. Neither admits nor denies the allegations contained in Paragraph "8" of the Complaint inasmuch as it states a legal conclusion.

9. Neither admits nor denies the allegations contained in Paragraph "9" of the Complaint inasmuch as it states a legal conclusion.

10. Neither admits nor denies the allegations contained in Paragraph "10" of the Complaint inasmuch as it states a legal conclusion.

11. Neither admits nor denies the allegations contained in Paragraph "11" of the Complaint inasmuch as it states a legal conclusion.

12. Denies each and every allegation contained in Paragraph "12" of the Complaint.

13. Denies each and every allegation contained in Paragraph "13" of the Complaint.

14. Denies each and every allegation contained in Paragraph "14" of the Complaint.

15. Neither admits nor denies the allegations contained in Paragraph "15" of the Complaint inasmuch as it states a legal conclusion.

16. Denies each and every allegation contained in Paragraph "16" of the Complaint.

17. Denies each and every allegation contained in Paragraph "17" of the Complaint.

18. Denies each and every allegation contained in Paragraph "18" of the Complaint.

19. Denies each and every allegation contained in Paragraph "19" of the Complaint.

20. Neither admits nor denies the allegations contained in Paragraph "20" of the Complaint inasmuch as it states a legal conclusion.

21. Neither admits nor denies the allegations contained in Paragraph "21" of the Complaint inasmuch as it states a legal conclusion.

22. Denies each and every allegation contained in Paragraph "22" of the Complaint.

23. Denies all incorporated references in Paragraph "23" of the Complaint to the extent that such denials are set forth hereinabove.

24. Neither admits nor denies the allegations contained in Paragraph "24" of the Complaint inasmuch as it states a legal conclusion.

25. Admits the allegations contained in Paragraph "25" of the Complaint.

26. Denies each and every allegation contained in Paragraph "26" of the Complaint.

27. Denies each and every allegation contained in Paragraph "27" of the Complaint.

28. Denies all incorporated references in Paragraph "28" of the Complaint to the extent that such denials are set forth hereinabove.

29. Denies each and every allegation contained in Paragraph "29" of the Complaint.

30. Denies each and every allegation contained in Paragraph "30" of the Complaint.

31. Neither admits nor denies the allegations contained in Paragraph "31" of the Complaint inasmuch as it states a legal conclusion.

32. Neither admits nor denies the allegations contained in Paragraph "32" of the Complaint inasmuch as it states a legal conclusion.

33. Denies each and every allegation contained in Paragraph "33" of the Complaint.

34. Denies each and every allegation contained in Paragraph "34" of the Complaint.

35. Denies each and every allegation contained in Paragraph "35" of the Complaint.

36. Denies each and every allegation contained in Paragraph "36" of the Complaint.

37. Denies all incorporated references in Paragraph "37" of the Complaint to the extent that such denials are set forth hereinabove.

38. Denies each and every allegation contained in Paragraph "38" of the Complaint.

39. Neither admits nor denies the allegations contained in Paragraph "39" of the Complaint inasmuch as it states a legal conclusion.

40. Neither admits nor denies the allegations contained in Paragraph "40" of the Complaint inasmuch as it states a legal conclusion.

41. Neither admits nor denies the allegations contained in Paragraph "41" of the Complaint inasmuch as it states a legal conclusion.

## AFFIRMATIVE DEFENSES

42. Without admitting or acknowledging that Defendant bears any burden of proof, Defendant asserts the following affirmative defenses. Defendant intends and specifically reserves the right to rely upon any additional defenses that become available or apparent while this action is pending and reserves the right to amend this answer in order to and to otherwise assert any such further defenses.

## FIRST AFFIRMATIVE DEFENSE

43. Plaintiff has failed to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

44. Plaintiff's claims are barred, in whole or in part, by the failure to satisfy the statutory and/or administrative prerequisites to the bringing of this action.

## THIRD AFFIRMATIVE DEFENSE

45. Federal law does not require Defendants to alter or modify the property.

## FOURTH AFFIRMATIVE DEFENSE

46. Defendant has not engaged in any intentional discrimination to prevent or inhibit access to the property or to any of the facilities therein.

**FIFTH AFFIRMATIVE DEFENSE**

47. Defendant has not denied Plaintiff physical access to the property or to any of the facilities therein.

**SIXTH AFFIRMATIVE DEFENSE**

48. To the extent that Defendant has not made alterations to its space that Plaintiff alleges should have been made, such changes were not and are not required under federal, New York State or New York City law, and any requirement to make those changes would impose an undue burden upon Defendant and would not be readily achievable or feasible.

**SEVENTH AFFIRMATIVE DEFENSE**

49. Modifications of Defendant's policies, practices and procedures, or the provision of auxiliary aids or services, would fundamentally alter the nature of the goods, services, facilities, privileges, advantages, or accommodations and there is no duty to modify.

**EIGHTH AFFIRMATIVE DEFENSE**

50. Plaintiff has failed to take reasonable steps to protect himself from the damages alleged in the complaint and has failed to mitigate any such alleged damages.

**NINTH AFFIRMATIVE DEFENSE**

51. Plaintiff lacks standing to pursue the claims asserted, and, to the extent Plaintiff has standing to bring the Complaint, Plaintiff lacks standing to challenge any alleged barriers to access not specifically encountered by him.

**TENTH AFFIRMATIVE DEFENSE**

52. Plaintiff's claims are barred to the extent the relief Plaintiff requests is not mandated by federal, state or city law.

## ELEVENTH AFFIRMATIVE DEFENSE

53. Plaintiff has adequate legal remedies and therefore Plaintiff is not entitled to injunctive relief or equitable relief.

## TWELFTH AFFIRMATIVE DEFENSE

54. Plaintiff is not entitled to injunctive or equitable relief because Plaintiff has not suffered, and will not suffer, any irreparable harm or injury.

## THIRTEENTH AFFIRMATIVE DEFENSE

55. Defendant exercised reasonable care to ensure compliance with all federal, state and city laws, regulations and/or ordinances, including providing access to a ramp, and Plaintiff unreasonably failed and/or refused to take advantage of the accommodations provided, or otherwise to avoid harm.

## FOURTEENTH AFFIRMATIVE DEFENSE

56. To the extent it is a prevailing party as to any claim alleged in the complaint, Defendant reserves the right to seek all permissible relief authorized under federal, state and/or city laws, regulations and/or ordinances, and/or court rules applicable to actions brought in this Court.

## FIFTEENTH AFFIRMATIVE DEFENSE

57. Defendant acted in good faith and its conduct conformed to all applicable statutes, regulations and industry standards existing at the time of such conduct.

## SIXTEENTH AFFIRMATIVE DEFENSE

58. Defendant provides an accommodation for access, to wit: a portable ramp.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

59. The Plaintiff has in the Southern District alone commenced over 200 similar ADA cases (four of which were filed on the same day as this action) using the same boiler plate allegations and is seeking to personally gain and has no reasonable intent to use the subject premises in the future.

**WHEREFORE**, Defendant demand judgment dismissing the complaint together with such other relief as to the Court deems just and proper.

Dated:   New York, New York
         August 11, 2023

                                        Respectfully submitted,

                                        DUNNINGTON, BARTHOLOW & MILLER LLP

                                        By:   */s/ Robert N. Swetnick*
                                              Robert N. Swetnick, Esq.
                                        *Attorneys for Defendant Iaccas Corp.*
                                        *d/b/a Old Fashion Cafe*
                                        230 Park Avenue, 21st Floor
                                        New York, New York 10169
                                        Phone: (212) 349-2800
                                        Email: rswetnick@dunnington.com