# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

August 19, 2025

**VIA CM/ECF**
Honorable Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 24A
New York, NY 10007

      Re:    Girotto v. IACCAS Corp., d/b/a Old Fashion Café, et al.
             Case 1:23-cv-04734-CM

Dear Judge McMahon:

Per Order [D.E. 41], the parties are directed to file a letter reporting on the status of the current litigation.

Plaintiff and Defendants' counsel have held settlement discussions in an attempt to resolve this case. At this time, the Plaintiff conferred with the opposing counsel in this action, and the parties have agreed to submit this case to the Court's Mediation Program.

Therefore, it is hereby respectfully requested that this matter be referred to the Southern District's Mediation Program to schedule a Mediation for this case, as a means of resolving this matter.

Thank you for your attention to this request.

Respectfully,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq.
    THE WEITZ LAW FIRM, P.A.
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com
    *Attorney for Plaintiff*

cc:    Robert N. Swetnick, Esq.
       Barry G. Margolis, Esq.
       Thomas J. Jannace, Esq.